| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____   Chapter **7** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

**1. Debtor's name**  
**Commercial Express, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**59-3264495**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **335 W. Lakeview Ave.**<br>**Lake Mary, FL 32746**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Seminole**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  **www.commercialexpress.com**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Commercial Express, Inc.**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor  **Commercial Express, Inc.**                                    Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Commercial Express, Inc.**                                          Case number (*if known*)
        <sub>Name</sub>

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Commercial Express, Inc.**                                                     Case number (*if known*)
             Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 11, 2023**
             MM / DD / YYYY

X **/s/ Peter Schottmiller**                                    **Peter Schottmiller**
  Signature of authorized representative of debtor              Printed name

Title  **Vice President**

**18. Signature of attorney**

X **/s/ Stephen R. Caplan**                                     Date  **April 11, 2023**
  Signature of attorney for debtor                                    MM / DD / YYYY

**Stephen R. Caplan**
Printed name

**Caplan & Associates, PA**
Firm name

**31 N. Hyer Ave.**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 872-6249**        Email address  **scaplan860@aol.com**

**835153 FL**
Bar number and State

Commercial Express, Inc.
335 W. Lakeview Ave.
Lake Mary, FL 32746

Amplo Enterprise Inc.
3253 Olivera Way
Saint Cloud, FL 34772-6706

Breakout
1451 Dolly Madison Blvd.
Ste. 200
Mc Lean, VA 22101

Stephen R. Caplan
Caplan & Associates, PA
31 N. Hyer Ave.
Orlando, FL 32801

Anita Grau Dixon
5518 118th Street
Lot 282
Jacksonville, FL 32244

Brendan C. Ruffin
4704 Ambercromby St
Charlotte, NC 28213-4281

Leydiana Marcos Batista
2327 N. Red Oak Dr.
Hobbs, NM 88240

Anthony Lamont Townsend
7323 Cedarfield Rd.
Charlotte, NC 28227-3618

Brewer Courier, Inc.
5137 Snow White Lane
Charlotte, NC 28213-6125

3JJJ Trucking LLC
7802 Deborah Drive
Pensacola, FL 32514-4554

Asdrubal O. Salazar Hung
21955 Tidewater Terrace
Apt. 203 B
Boca Raton, FL 33433-7866

Brooks & Son Transport LLC
909 E. Texas Dr.
Pensacola, FL 32503-3640

Ace Carrier Services, LLC
1920 Dean Road
Apt. 34
Jacksonville, FL 32216-4572

ATTN To Details Delivery Srv
1400 S. Magnolia Dr.
Tallahassee, FL 32301-5753

C Center Inc.
P.O. Box 2784
West Palm Beach, FL 33402

Ace Solutions
8000 S. Orange Ave.
Ste. 212
Orlando, FL 32809-6748

Axel Javier Garcia Hernandez
1376 Westpoint Villas Blvd.
Winter Garden, FL 34787-6131

Cachamai, LLC
1500 River Hillls Circle W.
Jacksonville, FL 32211-7544

Alberto Suarez Marquez
7723 Jodi Lynn Drive
Tampa, FL 33615

Barrett Enterprises, Inc.
25 N. Market St.
Jacksonville, FL 32202-2802

Canon
158 Gaither Dr.
Mount Laurel, NJ 08054

America SA Transport LLC
3238 Kelvington Drive
Orlando, FL 32810-4314

Beeleaf Express
172 Harwood Circle
Kissimmee, FL 34744-8413

Carlos Olivar
7021 Samuel Ivy Dr.
Tampa, FL 33619-6961

American Express
1801 NW 66th Ave.
Fort Lauderdale, FL 33313

BGI Logistics LLC
25 N. Market St
Jacksonville, FL 32202-2802

CC&M Company
4052 Promenade Sq.
Apt. 3214
Orlando, FL 32837-3362

Childress Enterprise Xpress
201 W. Nash St.
Elm City, NC 27822

Donald H. Sturdivant
250 Archdale Dr.
Apt. 7209
Charlotte, NC 28217

Enrigue Gonzalez
19550 NW 57th Court
Hialeah, FL 33015

Chopsbaso Transportation LLC
7262 Buchannan Rd.
Fort Myers, FL 33967

Door Drop LLC
416 W. Kingston Ave.
Charlotte, NC 28203

Enrique Del Valle Rodriguez
437 Pointe Allyson Way
Orlando, FL 32825

Christian Oman Gonzalez
1901 Peach Tree Blvd.
Saint Cloud, FL 34769-1634

Edna M. Jordan
1208 Bridge Creek Terrace
Pensacola, FL 32506-9592

Ernest Appiah
2419 Mint Thistle Court
Charlotte, NC 28269

Clerence T. Collins
1613 Rockerman Ave.
Jacksonville, FL 32221-1461

Eduardo Rene Deiguez Roger
2132 Crosshair Cicle
Orlando, FL 32837

Ernesto Martinez
6203 N. Thatcher Ave.
Tampa, FL 33614

Cuellars Deliveries LLC
6703 Dimarco Rd.
Tampa, FL 33634-7313

Eligia R. Leon Gonzalez
11067 Laguna Bay Dr.
Apt. 208
Orlando, FL 32821

Ernesto Martinez, Sr.
6203 N. Thatcher Ave.
Tampa, FL 33614

Daniel Castaneda Brito
11115 W. Okeechobee Rd.
Apt. 17
Hialeah, FL 33018

EMA USa Services LLC
14225 Babylon Way
Orlando, FL 32824

Ernesto Triana Silva
1011 W. Waters Ave.
#1815
Tampa, FL 33614

DCS Logistics Inc.
13559 Falcon Pointe Dr.
Orlando, FL 32837-5307

Emanon Logistics LLC
3025 Firethron Ave.
Orange Park, FL 32073

F.M. Carriers, Inc.
Felix Sola
458 Dewars Court
Winter Springs, FL 32708

Delta Bridge
187 Wolf Rd., Ste. 101
Albany, NY 12205

Emmanuel K. Wilson
3418 Whitehall Green Ln.
Apt.
Charlotte, NC 28273

Fernando Gil
1027 Universal Rest Pl
Kissimmee, FL 34744

Diamond Dawg Delivery
1838 S. Markley Ct.
Fort Myers, FL 33916-2305

Empire Trucking, Inc.
3050 Station Square
Apt. 110
Kissimmee, FL 34744

Garval Transport LLC
235 Jeremy Drive
Davenport, FL 33837

Gary Jeter
8262 Fouraker Forest Rd.
Jacksonville, FL 32221

Ivan Leandro Betancurt Marin
2522 W. Knollwood Street
Tampa, FL 33614

Jimmie A. McCorvey
341 E. Ensley Street
Pensacola, FL 32514

Gladys E. Swain
3505 Cessnock Dr.
Pensacola, FL 32514

J&J Restoration and More LLC
6727 Forrestvale Lane
Tampa, FL 33634

JM Haynes Delicery Services
281 SW 3rd Terrace
Cape Coral, FL 33991

Goldia Sturdivant
250 Archdale Dr.
Apt. 7209
Charlotte, NC 28217

J&P Mulit Imports LLC
14012 Colonial Grand Blvd.
Apt.
Orlando, FL 32837

Joe Cargo Logistics
P.O. Box 1463
Goldenrod, FL 32733

Guillermo Rodriguez Lopez
6816 Monique Ave.
Tampa, FL 33625

Jairo Joaqui
3405 Burlington Dr.
Orlando, FL 32837

Joel M. Oliviera
27 Bruce Lane
Palm Coast, FL 32137

Harry O. Bruce
4101 Gradner Ridge Dr.
Apt. 8
Gastonia, NC 28056

James E. Franklin, Jr.
1700 5th Way NW
Center Point, AL 35215

Joel rodriquez Vazquez
91 S. 14th Street
Haines City, FL 33844

HFH
1677 44th Street
Brooklyn, NY 11204

Jamie A. Norsworthy
121 Elm Street
Pleasant Grove, AL 35127

Jolidain Transport LLC
3604 Winbledon Lane
Davenport, FL 33837

Hill Trucking, LLC
4949 Yacht Harbour Dr.
Pensacola, FL 32514

Jams Delivery LLC
1902 Sunniland Blvd.
Lehigh Acres, FL 33971

Jorge L. Perez Casal
2515 Greenmor Pl
Tampa, FL 33618

Ines Mercedes Reyes
2687 Hawthorne Lane
Kissimmee, FL 34743

Jerry Mondestin
6458 Rolling Tree St.
Jacksonville, FL 32222

Jorge Luis Faria
6816 Monique Ave.
Tampa, FL 33625

Ivan Gomez
6516 Cacciiatore Rd.
Tampa, FL 33625

Jev Trucking, Inc.
1833 NW 21st Ave.
Cape Coral, FL 33993

Jorge Rodriquez Curbelo
5325 Moxie Bvld.
Orlando, FL 32839

Joshua Lee Vinson
1150 Wilcox Street, Apt. C
Pensacola, FL 32534

Keon A. Brewer
5806 Ankeny Court
Charlotte, NC 28269

Luz Adriana Molina
11909 Bentry Street
Orlando, FL 32824

JPA Quality Servce Inc.
3208 Hunters Chase Loop
Kissimmee, FL 34743

Lavern M. Johnson
1239 Lauderdale Dr.
Richmond, VA 23238

Lynn M. Traxler
130 Newcastle Court
Brandon, MS 39047

Juan Rosa Sanchez
4604 Fox Hunt Drive
Tampa, FL 33624

Leon Express LLC
1102 NE 15 Terrace
Cape Coral, FL 33909

Manuel A. Quiles
2502 Oak Run Blvd.
Kissimmee, FL 34744

Kameron E. Russell
7840 Lilac Lane
Apt. 811
Pensacola, FL 32514

Lillet Dela Caridad
5428 Pentail Circle
Tampa, FL 33625

Manuel Arias Ortiz
3400 Townsend Blvd.
Apt. 281
Jacksonville, FL 32277

Katherine M. Drake
125 Newcastle Court
Brandon, MS 39047

Linda M. Ballard
12128 Windermere Crossing
Winter Garden, FL 34787

Maralis O. Cepero Morales
2511 NE 6th Place
Cape Coral, FL 33909

Kathy P. Allen
P.O. Box 401
Crawfordville, FL 32326

Lonnetta D. Greer-Means
225 Bray Street
Rural Hall, NC 27045

Maria I. Fundora
4730 NW 195th Terrace
Miiami Gardens, FL 33055

Keith A. Altz
3860 Autumn Leaf Court
Jacksonville, FL 32246

Lord A. Umazar
4317 Munsee Street
Charlotte, NC 28213

Maribel Herrera
1303 Ivy Meadow Dr.
Orlando, FL 32824

Kendrick Transport Inc.

Loretta E. Peterson
127 Stacia Street
Tallahassee, FL 32305

Marion W. Harper
211 E. Lewis Street
Whiteville, NC 28472

Kenneth H. Branch
7119 Birchwood Rd.
Grand Ridge, FL 32442

Luis Arturo Vega Diaz
4528 Stengal Loop
Wesley Chapel, FL 33545

Marlon A. Allsbrooks
1018 Green Terra Rd.
Indian Trail, NC 28079

Marucha Transport Corp
10729 Tabor Dr.
Tampa, FL 33625

Osley Amador-Delgado
7723 Jodi Lynn Dr.
Tampa, FL 33615

Ramon Vasquez
10478 St Topez Place
Tampa, FL 33615

Marybel Santos
5007 Laguna Bay Cir., #29
Kissimmee, FL 34746

Osvaldo Modest Torres Santan
13010 Siruis Lane
Hudson, FL 34667

Randall L. Landrum
6216 Humphries Hill Rd.
Austell, GA 30106

Maxwell Ofori
1478 Summer Coach Dr.
Charlotte, NC 28216

Pamela Tarte
7119 Birchwood Rd.
Grand Ridge, FL 32442

Reginald Harrison
182 Uptain Rd.
Quincy, FL 32352

Menendez Express, LLC
1701 Lake Shore Blvd.
Apt. 2403
Jacksonville, FL 32210

Pedro Ortiz
6407 N. Clark Ave.
Tampa, FL 33614

Relbis Fernando Ruch Napoles
5828 Pential Circle
Tampa, FL 33625

Migual Angel Ruiz Moralez
4518 W. Fern Street
Tampa, FL 33614

Philip A. Powell
11464 Scott Mill Road
Jacksonville, FL 32223

Rennard L. Mullins
5800 University Blvd. W
Apt. 343
Jacksonville, FL 32216

Miller Transit, LLC
13872 Miller Lane
Summerdale, AL 36580

Prosix LLC
Shawn Corbett
639 Anchor Lane
Melbourne, FL 32904

Ritza M. Rodriguez Melendez
4103 Bobbys Court
Apt. 103
Kissimmee, FL 34741

MPC Express, LLC
5311 Summerlin Rd.
PAT 11-01
Fort Myers, FL 33919

QD Courier Services LLC
1141 Kendall Town Blvd.
Unit 5
Jacksonville, FL 32225

Robert Daniels
851 E. Ten Mile Rd.
Pensacola, FL 32514

Nieves Rodriguez
1502 Senior Court
Lehigh Acres, FL 33971

Raidel Castro
15906 Hampton Village Dr.
Tampa, FL 33618

Robert Matthews
9310 Fairmead Dr.
Charlotte, NC 28269

Niura Crespo Beceiro
6407 N. Clark Ave.
Tampa, FL 33614

Raidel Rufin
2243 Elizabeth Dr.
Brandon, FL 33510

Robert Soto
4729 Seeley Street
Kissimmee, FL 34758

Roberto Passalacqua
4459 Western Gail Ct.
Unit 501
Fort Myers, FL 33916

Saviel E. Delvalle Robles
2708 Haul Over Blvd.
Deltona, FL 32738

Teresa Reynolds
412 Stimson Street
Orlando, FL 32839

Rodolfo Gil
11448 Wheeling Dr.
Tampa, FL 33625

Seven Days Produce
6553 Syringa Lane
Jacksonville, FL 32211

Terry K. Canfield
612 SE Adams Street
High Springs, FL 32643

Rolando Castaneda Borrego
1115 W. Okee Rd.
Unit 170
Hialeah, FL 33018

Shaari Blount
1759 W. 43rd St.
Jacksonville, FL 32209

THB Delivery Service LLC
3668 Mackey Cove Dr.
Pensacola, FL 32514

Roosevelt Wayne
4003 Hope Valley Lane
Greensboro, NC 27401

Shalonda D. Glenn
8502 India Ave.
Jacksonville, FL 32211

Thomas Jones
1402 Wallace Street
Richmond, VA 23220

Royal Oak
7 Rice Ave.
Staten Island, NY 10301

Stephen H. Windham
2225 NW 3rd Terrace
Cape Coral, FL 33993

Timothy D. Jones
236 Langham Drive
Davenport, FL 33897

RR Xpress TRans Corp.
6922 N. Thatcher Ave.
Tampa, FL 33614

Swift Funding
130 Shoore Road, Ste. 319
Port Washington, NY 11050

Tommie Lee Hickman
408 5th Street
Pleasant Grove, AL 35127

Ruth Galllego
14579 Grassy Cove Circle
Orlando, FL 32824

Sylvester Wiggins
69993 Ludlow Street
Pensacola, FL 32505

Tonia Gail Browder
6105 Dallas Ave.
Pensacola, FL 32526

S.N. Express LLC
11287 Estancia Villa Circle
Unit 4
Jacksonville, FL 32246

Tavares Express Trucking LLC
8985 Normandy Blvd.
Lot 230
Jacksonville, FL 32221

Trans Solutions
P.O. Box 1628
Hickory, NC 28603

Sandra B. Coria
2674 Ceram Ave.
Orlando, FL 32837

Tavin D. Ash
2534 Lemon Lane
Tallahassee, FL 32308

Trucking by RT, LLC
1618 Twin Oak Lane
Middleburg, FL 32068

Tyron Gibbs
1521 Pleasant Garden Lane
Raleigh, NC 27610

Yasmani Martinez Garcia
2118 W. Isabel Street
Tampa, FL 33607

Vernon Cole
1246 Alpine Lake Drive
Brandon, FL 33511

Yimel Nunez Guzman
9841 Oak Street
Tampa, FL 33635

Vernon Lee Grandison Jr.
1002 Muscogee Rd.
Cantonment, FL 32533

Yiranne Guerra Gomez
3010 Sera Bella Way
Kissimmee, FL 34744

Victor Ramirez Tello
11919 Pethrick Dr.
Orlando, FL 32824

Yisandra Carmenate Crespo
1111 Willlow Pines Ct. E
Tampa, FL 33604

Way2Klean, Inc.
3402 Goldeneye Lane
Saint Cloud, FL 34772

Yleon Trucking Inc.
113 NW 13th Street
Cape Coral, FL 33993

Wayne P. Landrum
3104 E. Desoto Street
Pensacola, FL 32503

Zadok Benyamin
15258 Eric Kyle Dr.
Huntersville, NC 28078

Willliam E. Medlin Jr.
5826 Stantonsburg Rd.
Farmville, NC 27828

Worldwide Express Service
1912 White Heron Bay Circle
Orlando, FL 32824

Yandry Crespo Obregon
5428 Pintail Circle
Tampa, FL 33625

# United States Bankruptcy Court
## Middle District of Florida

In re **Commercial Express, Inc.**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Commercial Express, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 11, 2023**
Date

**/s/ Stephen R. Caplan**
**Stephen R. Caplan**
Signature of Attorney or Litigant
Counsel for **Commercial Express, Inc.**
**Caplan & Associates, PA**
**31 N. Hyer Ave.**
**Orlando, FL 32801**
**(407) 872-6249**
**scaplan860@aol.com**